Patricia A. Law (SBN 163661)
**HOLSTEIN, TAYLOR, UNITT & LAW**
**A Professional Corporation**
4300 Latham Street
Riverside, CA 92501
Phone: (951) 682-7030
Fax:    (951) 684-8061

Attorneys for Plaintiff, DESIREE EISENBARTH

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESIREE EISENBARTH, | CASE NO. CV 05-07720 SJO (SSx) |
| Plaintiff, | Assigned for all purposes to: Honorable S. James Otero |
| v. | |
| CATERPILLAR INC. AND DOES 1 THROUGH 100, INCLUSIVE, | STIPULATION FOR DISMISSAL OF ACTION |
| Defendants. | Trial Date: July 25, 2006 |

//////
//////
//////
//////
//////
//////
//////
//////
//////

1  IT IS HEREBY STIPULATED by and between the parties to this action
2  through their undersigned counsel, that this action shall be, subject to the approval
3  of the Court, dismissed with prejudice. In entering into this stipulation, the parties
4  agree to bear their own attorneys' fees and costs.

5
6  Dated: June 23, 2006       HOLSTEIN, TAYLOR, UNITT & LAW
7
                              By: _____
8                                 Patricia A. Law, Esq.
                                  Attorney for Plaintiff, Desiree Eisenbarth
9
10
11 DATED: June 22, 2006       SEDGWICK, DETERT, MORAN & ARNOLD
12
                              By: _____
13                                Daniel W. Bir, Esq.
                                  Attorneys for Defendant, Caterpillar Inc.
14
15
16
17                            **ORDER**
18     IT IS SO ORDERED. This action dismissed, with prejudice, as to
19 defendant CATERPILLAR INC. This matter shall be administratively closed and
20 all remaining dates vacated.
21
22 DATED: 7/12/06             _____
23                            UNITED STATES DISTRICT JUDGE
24
25
26
27
28

# DECLARATION OF SERVICE

STATE OF CALIFORNIA     )
                        ) SS.
COUNTY OF RIVERSIDE     )

I, the undersigned, certify that:

I am, and was, at the time of service hereinafter mentioned, a citizen of the United States of America, over the age of eighteen years, employed in the above-named county and state, and not a party to the action named in the title of the annexed document. On the following date, I caused to be served the following document(s):

**DOCUMENT(S):** STIPULATION FOR DISMISSAL OF ACTION

XXX     **MAIL:** by placing a true copy enclosed in a sealed envelope with first class postage thereon fully prepaid in a United States Post office box in California addressed as set forth below.

___     **PERSONAL DELIVERY:** by causing to be hand-delivered, a true copy thereof to the person at the address set forth below.

___     **OVERNIGHT DELIVERY:** by placing a true copy thereof enclosed in a sealed overnight delivery package with postage fully prepaid at the facility regularly maintained by an overnight delivery company at the address set forth below.

___     **FACSIMILE:** by causing a true copy thereof to be telecopied to the party at the facsimile number set forth below. The facsimile machine I used complied with Rule 2003(3) and no error was reported by the machine. Pursuant to Rule 2005(i) I caused the machine to print a transmission record showing the fax number at the address set forth below.

I am "readily familiar" with the firm's practice of collection and processing correspondence. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date is more than one day after date of deposit.

Executed on June 23, 2006, at Riverside, California. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Marissa Lazo
(Type or Print Name)                    (Signature of Sending Party)

| | |
|---|---|
| 1 | |
| 2 | # SERVICE LIST |
| 3 | **EISENBARTH VS. CATERPILLAR**<br>**USDC, CASE NO. CV 05-07720 SJO (SSx)** |
| 4 | ************************************************************* |
| 5 | **Patricia A. Law (SBN 163661)**<br>HOLSTEIN, TAYLOR, UNITT & LAW |
| 6 | A Professional Corporation<br>4300 Latham Street |
| 7 | Riverside, CA 92501<br>(951) 682-7020 |
| 8 | (951) 684-8061 (fax) |
| 9 | ************************************************************* |
| 10 | ELLIOTT OLSON, ESQ.<br>DANIEL W. BIR, ESQ. |
| 11 | SEDGWICK, DETERT, MORAN & ARNOLD<br>801 S. Figueroa St., 18th Fl. |
| 12 | Los Angeles, CA 90017-5556<br>Tel: (213) 426-6900 |
| 13 | Fax: (213) 426-6921<br>**ATTORNEYS FOR DEFENDANT, CATERPILLAR, INC.** |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

SCANNED